**Order entered March 19, 2021**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01084-CV**

**ALFREDO SANCHEZ AND FERMIN LOPEZ, Appellants**

**V.**

**LUIS TORRES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03653**

**ORDER**

Before the Court is appellants' March 17, 2021 motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **April 13, 2021**.

/s/    CRAIG SMITH
      JUSTICE